UNITED STATES DISTRICT COURT
THIRD DIVISION
DISTRICT OF MINNESOTA

Alissa Martin,　　　　　　　　　　　　　　　　Court File No. 10-3021 (PAM/JSM)

　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　**ORDER FOR JUDGMENT**

vs

Amica Mutual Insurance Company,

　　　　Defendant.

Based upon the Stipulation of Dismissal filed in this matter, it is hereby ordered that any and all claims against defendant in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:　August 19　, 2011.　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge